1  BANNING MICKLOW & BULL LLP
   Edward M. Bull III, State Bar No. 141966
2  Eugene A. Brodsky, SBN 33691
   One Market, Steuart Tower, Suite 1440
3  San Francisco, California 94105
   Telephone:    (415) 399-9191
4  Facsimile:    (415) 399-9192
   Attorneys for Plaintiff
5  ROBERT GOLDSWORTHY

6  STERLING & CLACK
   Neil Olson (SBN 120946)
7  101 Howard St., Suite 400
   San Francisco, California 94105
8  Telephone No.: (415) 543-5300
   Facsimile No.: (415) 543-3335
9  Attorneys for Defendant,
   WESTAR MARINE SERVICES
10 AND CROSS LINK, INC.

11 COX, WOOTTON, GRIFFIN,
   HANSEN & POULOS, LLP
12 Richard C. Wootton (SBN 88390)
   Galin G. Luk (SBN 199728)
13 190 The Embarcadero
   San Francisco, California 94105
14 Telephone No.: (415) 438-4600
   Facsimile No.: (415) 438-4601
15 Attorneys for Defendant,
   TUTOR-SALIBA/KOCH/TIDEWATER JV

16

17

18
                    UNITED STATES DISTRICT COURT
19
                    NORTHERN DISTRICT OF CALIFORNIA
20
21 ROBERT GOLDSWORTHY,            )   CASE NO.  C 06-4025 MHP
                                  )
22        Plaintiff,              )   STIPULATION AND [PROPOSED] ORDER
                                  )   REGARDING TIME OF INITIAL CASE
23 vs.                            )   MANAGEMENT CONFERENCE
                                  )
24 Tutor-Saliba/Koch/Tidewater JV, Westar  )   Date:       November 13, 2006
   Marine Services, Cross Link, Inc., and  )   Time:       4:00 p.m.
25 DOES 1-10, *in personam,* and M/V       )   Courtroom:  15, 18th Floor
   PROWLER & M/V ROVER, their engines,     )   Judge:      Hon. Marilyn Hall Patel
26 tackle, apparel, furniture, etc., *in rem,*  )
                                  )
27        Defendants.             )
   _____)
28

STIPULATION AND PROPOSED ORDER        Page -1-         CASE NO.  C 06-4025  MHP

The parties to the above-captioned matter hereby submit this Stipulation and [Proposed] Order Regarding Time of Initial Case Management Conference as Follows:

WHEREAS counsel for Plaintiff has a scheduling conflict as outlined in his letter of September 29, 2006; and

WHEREAS counsel in this case are available earlier in the day on November 13, 2006; and

WHEREAS the Court's Deputy Clerk has directed that the parties present any proposal to change the time of the hearing to the Court in Stipulation and Proposed Order form;

THE PARTIES HERETO agree to moving the Case Management Conference currently scheduled for 4:00 p.m. on November 13, 2006 to any time that day before 2:30 p.m.

SO STIPULATED:

Dated: November 6, 2006         BANNING MICKLOW & BULL  LLP
                                By /s/ Edward M. Bull
                                    Edward M. Bull III
                                    Eugene A. Brodsky
                                Attorneys for Plaintiff Robert Goldsworthy

Dated: November 6, 2006         STERLING & CLACK

                                By /s/ Neil Olson
                                    Neil Olson
                                Attorneys for Defendant,
                                WESTAR MARINE SERVICES

Dated: November 6, 2006         COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
                                By /s/ Richard Wootton
                                    Richard Wootton
                                    Galin Luk
                                Attorneys for Defendant
                                TUTOR-SALIBA/KOCH/TIDEWATER JV

1
2
3    AND CROSS LINK, INC.
4
5    THE PARTIES HAVING STIPULATED to the moving of the time for the Initial Case Management Conference in this case, the Court hereby ORDERS the Conference to begin at 2:00 p.m.  on Monday November 13, 2006.   November 27, 2006.
6
7
8    Dated: 11/8/2006 _____            _____
9                                          The Honorable Marilyn Hall Patel
10
11
12                                         IT IS SO ORDERED
13                                         Judge Marilyn H. Patel
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28