1  Rex M. Clack, Esq. (SBN 59237)
   David E. Russo, Esq. (SBN 112023)
2  STERLING & CLACK
3  A Professional Corporation
   101 Howard Street, Suite 400
4  San Francisco, California 94105
   Telephone: (415) 543-5300
5  Facsimile: (415) 543-3335

6
   Attorneys for Defendants,
7  CROSS LINK, INC.
   dba WESTAR MARINE SERVICES
8

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13

14 ROBERT GOLDSWORTHY,                 ) Case No.: C 06-4025 MHP
                                       )
15         Plaintiff,                  ) **STIPULATION TO CONTINUE**
       vs.                             ) **MEDIATION COMPLETION DEADLINE;**
16                                     ) [PROPOSED] **ORDER THEREON**
17 Tutor-Saliba/Koch/Tidewater JV, Westar )
   Marine Services, Cross Link, Inc., and DOES 1- )
18 10, *in personam*, and M/V PROWLER & M/V )
   ROVER, their engines, tackle, apparel, )
19 furniture, etc., *in rem*,           )
                                       )
20         Defendants.                 )
21

22         Plaintiff Robert Goldsworthy, defendant Cross Link, Inc. dba Westar Marine Services, and

23 defendant Tutor-Saliba/Koch/Tidewater, JV, by and through their respective counsel of record,

24 hereby stipulate to and respectfully request the court enter an Order continuing the deadline for

25 completing mediation, as more particularly set forth below and for the reasons stated herein.

26         On November 27, 2006, at the initial Case Management Conference, the Court ordered the

27 parties to complete private mediation by May 31, 2007. Since then, the parties have engaged in

28 substantial written discovery including interrogatories and document requests, and have subpoenaed

1

1  records from third parties, including medical providers. Hundreds of pages of documents have been
2  produced and are being reviewed. Similarly, hundreds of pages of medical records pertaining to
3  plaintiff have been subpoenaed and are currently being analyzed. The deposition of plaintiff is
4  scheduled for June 23, 2007 to allow sufficient time to complete necessary pre-deposition
5  discovery. The depositions of treating doctors will follow thereafter.

6  The parties agree and respectfully suggest that completion of this discovery, including the
7  aforementioned depositions, is necessary in order for there to be a useful mediation. The parties
8  therefore also agree and respectfully suggest that for these reasons, a continuance of the mediation
9  completion date of about 90 days is reasonably necessary and is supported by good cause.

10  THEREFORE, plaintiff and defendants hereby stipulate to continue the date for completion
11  of mediation from May 31, 2007 to September 14, 2007.

12  Accordingly, plaintiff and defendants hereby respectfully request that the Court continue the
13  mediation completion date as suggested above.

14  **IT IS SO STPULATED:**

16  Dated:                         STERLING & CLACK
                                   Rex M. Clack
17                                 David E. Russo

20                          By:    /S/
                                   Rex M. Clack
21                                 Attorneys for Defendant,
                                   CROSS LINK, INC. dba
22                                 WESTAR MARINE SERVICES

Dated:                                    BANNING MICKLOW & BULL, LLP


                                    By:   ____/S/_____
                                          Edward M. Bull III
                                          Attorneys for Plaintiff
                                          ROBERT GOLDSWORTHY


Dated:                                    COX, WOOTTON, GRIFFIN, HANSEN &
                                          POULOS, LLP


                                    By:   ____/S/_____
                                          Galin Luk
                                          Attorneys for Defendant
                                          TUTOR-SALIBA/KOCH/TIDEWATER JV


I, Galin G. Luk, hereby attest that counsel for defendant Westar and counsel for plaintiff Robert Goldsworthy have authorized me to conform their signature to this efile.


                                    By:   ____/S/_____
                                          Galin Luk
                                          Attorneys for Defendant
                                          TUTOR-SALIBA/KOCH/TIDEWATER JV

STIPULATION TO CONTINUE MEDIATION COMPLETION                Case No. C 06-4025 MHP
DEADLINE; [PROPOSED] ORDER THEREON

**ORDER**

Having reviewed and considered the parties' request and stipulation to continue the date for completion of mediation, and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

The date for completion of meditation is continued from May 31, 2007 to September 14, 2007.

Dated: May 25, 2007



Marilyn H...
IT IS SO ORDERED
Judge Marilyn H. Patel

810026/P/StipConMed