COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Richard C. Wootton (SBN 88390)
Galin G. Luk (SBN 199728)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Defendant,
TUTOR-SALIBA/KOCH/TIDEWATER JV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT GOLDSWORTHY,<br><br>    Plaintiff,<br>vs.<br><br>Tutor-Saliba/Koch/Tidewater JV, Westar Marine Services, Cross Link, Inc., and DOES 1-10, *in personam*, and M/V PROWLER & M/V ROVER, their engines, tackle, apparel, furniture, etc., *in rem*,<br><br>    Defendants. | Case No.: C 06-4025 MHP<br><br>**STIPULATION TO CONTINUE DISCOVERY DEADLINES;** [PROPOSED]<br>**ORDER THEREON** |

Plaintiff Robert Goldsworthy, defendant Cross Link, Inc. dba Westar Marine Services, and defendant Tutor-Saliba/Koch/Tidewater, JV, by and through their respective counsel of record, hereby stipulate to and respectfully request the Court enter an Order to continue:

1) the last day to **disclose trial witnesses** from **July 30, 2007** to **August 24, 2007**;

2) **percipient discovery cutoff** from **August 31, 2007** to **September 7, 2007**;

3) the last day to **disclose experts and reports** from **September 7, 2007** to **September 14, 2007**;

4) the last day to **supplement disclosure of experts** from **September 18, 2007** to **September 28, 2007**;

5) **the close of expert discovery** from **September 28, 2007** to **October 12, 2007**.

1   The parties have engaged in substantial written discovery including interrogatories and
2   document requests, and have subpoenaed records from third parties, including medical providers.
3   Hundreds of pages of documents have been produced and are being reviewed. Similarly, hundreds
4   of pages of medical records pertaining to plaintiff have been subpoenaed and are currently being
5   analyzed. The deposition of plaintiff is scheduled for July 16, 2007 to allow sufficient time to
6   complete necessary pre-deposition discovery. The depositions of treating doctors will follow
7   thereafter. The parties agree and respectfully suggest that completion of the discovery deadlines is
8   necessary in order for there to be a useful mediation. The parties therefore also agree and
9   respectfully suggest that for these reasons, a continuance of the discovery deadlines, is reasonably
10  necessary and is supported by good cause.

11  THEREFORE, plaintiff and defendants hereby stipulate to continue the following dates:

12  1) the last day to **disclose trial witnesses** from **July 30, 2007** to **August 24, 2007**;

13  2) **percipient discovery cutoff** from **August 31, 2007** to **September 7, 2007**;

14  3) the last day to **disclose experts and reports** from **September 7, 2007** to **September 14, 2007**;

15  4) the last day to **supplement disclosure of experts** from **September 18, 2007** to **September 28, 2007**;

17  5) **the close of expert discovery** from **September 28, 2007** to **October 12, 2007**.

18  Accordingly, plaintiff and defendants hereby respectfully request that the Court continue the
19  discovery deadlines as suggested above.

20  **IT IS SO STPULATED:**

22  Dated:                          STERLING & CLACK
                                    Rex M. Clack
23                                  David E. Russo

26                          By:    _____/S/_____
                                    David Russo
27                                  Attorneys for Defendant,
                                    CROSS LINK, INC. dba
28                                  WESTAR MARINE SERVICES

2

STIPULATION TO CONTINUE DISCOVERY Case No. C 06-4025 MHP
DEADLINE; [PROPOSED] ORDER THEREON

Dated:                                          BANNING MICKLOW & BULL, LLP


                                                By:  ___/S/_____
                                                     Edward M. Bull III
                                                     Attorneys for Plaintiff
                                                     ROBERT GOLDSWORTHY



Dated:                                          COX, WOOTTON, GRIFFIN, HANSEN &
                                                POULOS, LLP


                                                By:  ___/S/_____
                                                     Galin Luk
                                                     Attorneys for Defendant
                                                     TUTOR-SALIBA/KOCH/TIDEWATER JV

I, Galin G. Luk, hereby attest that counsel for defendant Westar and counsel for plaintiff Robert Goldsworthy have authorized me to conform their signature to this efile.


                                                By:  ___/S/_____
                                                     Galin Luk
                                                     Attorneys for Defendant
                                                     TUTOR-SALIBA/KOCH/TIDEWATER JV

### ORDER

Having reviewed and considered the parties' request and stipulation to continue discovery deadlines, and good cause appearing therefor,

**THE COURT HEREBY ORDERS THE FOLLOWING:**

1) the last day to **disclose trial witnesses** is continued from **July 30, 2007** to **August 24, 2007**;
2) **percipient discovery cutoff** is continued from **August 31, 2007** to **September 7, 2007**;
3) **disclosure of experts and reports** is continued from **September 7, 2007** to **September 14, 2007**;
4) **supplemental disclosure of experts** is continued from **September 18, 2007** to **September 28, 2007**;
5) **close of expert discovery** is continued from **September 28, 2007** to **October 12, 2007**.

Dated: July __11__, 2007



IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION TO CONTINUE DISCOVERY Case No. C 06-4025 MHP
DEADLINE; [PROPOSED] ORDER THEREON